

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2015

No. 04-15-00038-CV

**IN THE INTEREST OF LG,** a child,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02864
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights. Accordingly, this court must dispose of this appeal no later than 180 days after the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6. The reporter's record for this appeal was due to be filed on February 9, 2015. The record has not been filed.

It is therefore ORDERED the reporter's records must be filed in this court no later than ten days from the date of this order. **FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE THE RECORD ARE DISFAVORED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court